22048.  STROM *v.* FIREMEN'S INSURANCE COMPANY OF NEWARK, N. J.

BROYLES, C. J.  The evidence adduced upon the trial demanded a verdict in favor of the defendant, and the court did not err in so directing the verdict, or thereafter in refusing to grant a new trial.

*Judgment affirmed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED FEBRUARY 17, 1932.

*Lamar Cox, Pottle, Farkas & Cobb,* for plaintiff.

*Smith, Hammond, Smith & Bloodworth, Hoyt H. Whelchel,* for defendant.